UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON BLACKMON-MALLOY, ET AL.,

        Plaintiff,

v.

                                        Civil Action No. 01-2221 (EGS/JMF)

U.S. CAPITOL POLICE BOARD,

        Defendant

**ORDER**

    **IT IS ORDERED THAT** the notice of withdrawal of counsel, filed by Nathaniel D. Johnson, is stricken for failure to comply with Local Rule 83.6.

                                        _____
                                                    JOHN M. FACCIOLA
                                        UNITED STATES MAGISTRATE JUDGE

Dated: