UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE BOARD,<br><br>Defendant. | Civil Action 01-2221  (EGS/JMF) |

ORDER

This case was referred to me by Judge Sullivan for Report and Recommendation regarding whether any class members are entitled to relief from his September 30, 2004 Memorandum Opinion and Order granting defendant's motion to dismiss. Currently pending before me is the parties' Joint Motion for a Scheduling Conference ("Joint Motion") [#123], in which the parties moved for a scheduling conference to determine the procedure and time lines for submission of evidence regarding whether individual plaintiffs are entitled to relief from Judge Sullivan's order. It is, hereby, **ORDERED** that the parties' Joint Motion is **GRANTED** and a status conference is set for Thursday, March 16, 2006 at 10:00 a.m. in a courtroom to be determined at a later date.

Also pending before me are the following three motions filed by plaintiffs' counsel, Gebhardt and Associates, LLP ("Gebhardt"): Motion to Withdraw as Counsel [#116], Motion to Strike [#119], and Second Motion to Withdraw as Counsel [#120]. In these motions, as well as in a corresponding Praecipe [#115], Gebhardt indicates that several plaintiffs have informed it

that they no longer want Gebhardt to represent them.  Gebhardt specifically named the following plaintiffs as no longer wanting its representation:

>  Kenneth Baldwin
> Roberts Braswell
> Michael Covington
> Cheryl Duncan-Woodland
> Robert Fountain
> Robin Harris-Sanabria
> Brenda Luckey
> Charles Nanton
> Cynthia Parker
> Theodore Rogers
> Leroy Shields
> Dale Veal

The Court has received no communication from these plaintiffs indicating that they do in fact no longer want Gebhardt to represent them and, if so, whether they intend to proceed *pro se* or to retain new counsel.  In addition, two of the cases that were consolidated with this case (C.A. No. 01-2221) were brought by *pro se* plaintiffs, Frank Adams and Derrick Macon.

In order to resolve how these fourteen plaintiffs are going to proceed in this matter, it is, hereby, further **ORDERED** that Kenneth Baldwin, Roberts Braswell, Michael Covington, Cheryl Duncan-Woodland, Robert Fountain, Robin Harris-Sanabria, Brenda Luckey, Charles Nanton, Cynthia Parker, Theodore Rogers, Leroy Shields, Dale Veal, Frank Adams, and Derrick Macon *personally attend* the March 16, 2006 status conference.

In preparation for the status conference, I have attached two exhibits, Chart A and Chart B.  The parties are instructed to review these exhibits and bring a copy of them to the status conference.

**SO ORDERED.**

_____

Dated:                                                                JOHN M. FACCIOLA

UNITED STATES MAGISTRATE JUDGE