UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE BOARD,<br><br>Defendant. | Civil Action 01-2221  (EGS/JMF) |

**ORDER**

This case was referred to me by Judge Sullivan for Report and Recommendation regarding whether any class members are entitled to relief from his September 30, 2004 Memorandum Opinion and Order granting defendant's motion to dismiss.  A status conference was held on March 16, 2006 to resolve plaintiffs' counsel Gebhardt and Associates, LLP's Motion to Withdraw as Counsel [#116], Motion to Strike [#119], and Second Motion to Withdraw as Counsel [#120] and to establish a procedure and time line for submission of evidence regarding whether individual plaintiffs are entitled to relief from Judge Sullivan's September 30, 2004 order.  As discussed at the status conference, it is, hereby, **ORDERED** that:

1. Cheryl Duncan-Woodland, Robin Harris-Sanabria, Charles Nanton, and Cynthia Parker are dismissed as plaintiffs without prejudice; and it is further **ORDERED** that

2. Gebhardt and Associates, LLP's Motion to Withdraw as Counsel [#116] is

      **DENIED** as to plaintiffs Kenneth Baldwin, Robert Fountain, and Brenda Lucky and **GRANTED** as to the other plaintiffs named in that motion; and it is further **ORDERED** that

3. Gebhardt and Associates, LLP's Motion to Strike [#119] is **GRANTED**; and it is further **ORDERED** that

4. Gebhardt and Associates, LLP's Second Motion to Withdraw as Counsel [#120] is **DENIED** as to Robert Braswell, and Dale Veal, **DENIED without prejudice** as to Clinton Bradford, who did not receive notice of the March 16, 2006 hearing, and **GRANTED** as to Cynthia Parker; and it is further **ORDERED** that

5. Gebhardt and Associates, LLP and Nathaniel D. Johnson & Associates, LLC shall separately file, no later than May 5, 2006, a list of the plaintiffs that they currently represent; and it is further **ORDERED** that

6. In facilitation of Judge Sullivan's September 4, 2005 order instructing the parties to file a chart providing, for each plaintiff, their exact cause of action and pertinent information regarding their exhaustion of administrative remedies, the parties are instructed to work together to complete Chart A and Chart B, which are provided as exhibits to this order, and to file the completed charts with the Court no later than May 31, 2006. The Court will e-mail Excel versions of both Chart A and Chart B to counsel shortly. Once the Court has received and reviewed the charts, it will arrange a status conference.

**SO ORDERED.**

_____

JOHN M. FACCIOLA

UNITED STATES MAGISTRATE JUDGE

Dated: