**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHARON BLACKMON-MALLOY, <u>et al.</u>, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|   v. | )    Case No. 01-02221(EGS) |
| | ) |
| UNITED STATES CAPITOL POLICE | ) |
| BOARD, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

<u>**NOTICE OF WITHDRAWAL OF APPEARANCE**</u>

Please withdraw the appearance of Joseph D. Gebhardt as attorney for Plaintiffs Sharon Blackmon-Malloy, Regina Bolden-Whitaker, Frank Adams, and Shafton Adams in the above-captioned case. The aforementioned Plaintiffs have other counsel, except for Shafton Adams who is <u>pro se</u>, and consent to this withdrawal.

Plaintiff Duvall W. Phelps shall continue to be represented in the above-captioned case by Charles W. Day, Jr. and Daniel K. Gebhardt of Gebhardt & Associates, LLP.[1]

Respectfully submitted,


              /s/
JOSEPH D. GEBHARDT
   (D.C. Bar No. 113894)

---

[1] In addition, Gebhardt & Associates, LLP currently represents all Plaintiffs whose claims were previously dismissed from the above-captioned case and the interests of Sharon Blackmon-Malloy in the pending U.S. Court of Appeals case, Case Nos. 07-5320, 07-5321, and 07-5322 (D.C. Circuit).

GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

June 12, 2008                    Former Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Appearance was served this 12th day of June 2008, via electronic case filing through the Court, upon counsel for –

Defendant:

> Harry B. Roback, Esq.
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 555 4th Street, N.W.
> Washington, DC 20530
> (202) 616-5309

Plaintiff Frank Adams:

> Nathaniel D. Johnson, Esq.
> 3475 Leonardtown Road
> Suite 200
> Waldorf, MD 20601
> (301) 645-9103

Plaintiffs Sharon Blackmon-Malloy, Regina Bolden-Whitaker, Arnold Fields, and Vernier Riggs:

> James Q. Butler, Esq.
> 818 18th Street, N.W.
> Suite 630
> Washington, DC 20006
> (202) 223-6767

> _____/s/_____
> JOSEPH D. GEBHARDT