# UNITED STATES OF District Court
## District of Columbia

Blackmon-Malloy et al,                                          1:01-cv-02221-EGS

       Plaintiff,

       v.

United States Capitol Police Board,

       Defendant

**Plaintiff Frank Adams' Motion in Opposition to the Court granting Attorney Johnson thirty days to file motion to withdraw representation in behalf of Plaintiff.**

### Factual Background

The honorable Emmitt Sullivan issued the following MINUTE ORDER on 05/01/2015: "In accordance with the discussion held on the record during the April 30, 2015 status hearing, it is hereby ORDERED as follows: Plaintiffs' counsel shall file their motion to withdraw by no later than May 29, 2015. The case is hereby STAYED until further Order of the Court to provide the plaintiffs time to secure new counsel. The Court will hold a status hearing on October 15, 2015 at 3:30 p.m. in Courtroom 24A."

Previous to Judge Sullivan's order, in an email message to Plaintiff Adams, on 04/10/2015, Attorney Johnson stated the following: "I will be withdrawing my representation as your attorney in a few weeks." In response Plaintiff Adams stated "Why wait?" Attoney Johnson replied "Only because of other case logistics."

Attorney Johnson knew on 04/10/2015 that he would be withdrawing his representation of Plaintiff Adams, yet, he ignored Judge Sullivan's minute order to file a motion to withdraw by no later than 05/29/2015. Here comes Attorney Johnson in a status hearing on 06/13/2015, informing the court by teleconference, of his plans withdraw his representation as Plaintiff

1

Adams' representative and the Court allowed Attoney Johnson thirty days from that date to file his motion of withdrawal. Attorney Johnson's failure to comply with Judge Sullivan's Minute order on 05/01/2015 and his continued failure to file a motion of withdrawal in spite of his expressed intentions to do so, continues to prejudice the case Plaintiff Adams by leaving him in legal limbo, unable to secure another counsel if needed, while Gebhardt's Plaintiffs, with several months head start, are actively seeking representation ahead of the court mandated October 15th Status hearing.

Plaintiff Adams request that Attorney Johnson be ordered to immediately file his motion to withdraw his representation of Plaintiff Adams if this is his intent, along with stated reasons, by no later than 05/19/2015.

Attoney Johnson has been served by first class mail.

Respectfully submitted,

*Frank Adams*

Frank Adams
5817 South Marwood Blvd
Upper Marlboro, Maryland 20772