UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON BLACKMON-MALLOY, et al.,

    Plaintiffs,

    v.

UNITED STATES CAPITOL POLICE BOARD,

    Defendants.

Civil Action No. 01-cv-2221-EGS

## PLAINTIFFS' COUNSEL NATHANIEL D. JOHNSON'S CERTIFICATE OF SERVICE ORDERED TO BE FILED UNDER COURT'S MARCH 30, 2018 MINUTE ORDER

On June 29, 2015, the undersigned Plaintiffs' counsel served by first class United States mail, on the Plaintiffs that he represented Plaintiffs' Counsel, Nathaniel D. Johnson's Motion for Leave to Withdraw as Counsel ("Motion to Withdraw").  That Motion to Withdraw, which included as Exhibit 2, the notice required by Local Civil Rule 83.6, was mailed to the last known addresses of the Plaintiffs, that were known to the undersigned counsel.  Further, on May 9, 2018, the undersigned Plaintiffs' counsel re-mailed that Motion to Withdraw to the last known addresses known to the undersigned or that were updated by the United States Capitol Police on May 9, 2018, and that were not deceased as follows:

    Frank Adams
    7228 Lorring Place
    Forestville, Maryland 20748

    Earl Allen, Jr. (deceased)

    Vernon Alston, Jr. (deceased)

Shirley Bland
2110 Brooke Drive, No. 502
Forestville, Maryland 20747

Amando Bowman
8622 Kitamma Drive
Clinton, Maryland 2075

Kevin Bull
13196 Kinnicut Drive
Woodbridge, Virginia 22192

Charles Coffer, Jr.
12514 Cambleton Drive
Upper Marlboro, Maryland 20774

Jerry Dickson (deceased)

Donald R. Dixon
1028 Mitford Lane
Dacula, Georgia 30019

Gary Goines
438 Balboa Boulevard
Clermont, Florida 34715

Eric Graves
3527 Dixon Street
Hillcrest Heights, Maryland 20748

Clifford Green
30 Regency Drive
Stafford, Virginia 22554

Regina Ikard (personal representative of Larry Ikard)
4629 Eastern Avenue
Mt. Rainier, Maryland 20712

Dwayne Inabinet
3647 Malibu Circle, Apt. No. 206
Falls Church, Virginia 22041

Bernard Jackson
7204 Riverdale Road
Lanham, Maryland 20706

Sheryl Luttrell
1504 C Flanders Lane
Harwood, Maryland 20776

Daniel Malloy
3342 Erie Street, S.E.
Washington, D.C. 20020

Brent Mills
10807 Sugar Maple Terrace
Upper Marlboro, Maryland 20774

Mary J. Rhone
3400 Geaton Drive
Upper Marlboro, Maryland 20774

Thomas Spavone
9160 Worthington Drive
Bristow, Virginia 20136

Patricia Sumlin
7406 Gambier Drive
Upper Marlboro, Maryland 20772

Chad Sutton
12304 Quintette Lane
Bowie, Maryland 20720

Richard R. Webb
10752 Green Mountain Drive
Columbia, Maryland 21044

Rita Wheeler
1402 Capital View Terrace
Landover, Maryland 20785

Reginald P. Wilson
3108 Sayan Court
Temple Hills, Maryland 20748

DATED: MAY 9, 2018.

        Respectfully submitted,

        _____
        Nathaniel D. Johnson (MD#14729)
        The Johnson Law Office, LLC
        10665 Stanhaven Place, Suite 3101
        White Plains, Maryland 20695
        (301) 645-9103 (Phone)/(888) 492-9434 (Fax)

## **CERTIFICATE OF SERVICE**

This will certify that a copy of the foregoing Plaintiffs' Counsel Nathaniel D. Johnson's Certificate of Service Ordered to be Filed Under Court's March 30, 2018 Minute Order was served this 9th day of May 9, 2018 upon the counsel of record through the Court's ECF document filing system. This document also was mailed this 9th day of May 2018 to the last known addresses of the Plaintiffs, that were known to the undersigned counsel or that were updated by the United States Capitol Police on May 9, 2018, and that were not deceased as follows:

Frank Adams
7228 Lorring Place
Forestville, Maryland 20748

Earl Allen, Jr. (deceased)

Vernon Alston, Jr. (deceased)

Shirley Bland
2110 Brooke Drive, No. 502
Forestville, Maryland 20747

Amando Bowman
8622 Kitamma Drive
Clinton, Maryland 2075
Kevin Bull
13196 Kinnicut Drive
Woodbridge, Virginia 22192

Charles Coffer, Jr.
12514 Cambleton Drive
Upper Marlboro, Maryland 20774

Jerry Dickson (deceased)

Donald R. Dixon
1028 Mitford Lane
Dacula, Georgia 30019

Gary Goines
438 Balboa Boulevard
Clermont, Florida 34715

Eric Graves
3527 Dixon Street
Hillcrest Heights, Maryland 20748

Clifford Green
30 Regency Drive
Stafford, Virginia 22554

Regina Ikard (personal representative of Larry Ikard)
4629 Eastern Avenue
Mt. Rainier, Maryland 20712

Dwayne Inabinet
3647 Malibu Circle, Apt. No. 206
Falls Church, Virginia 22041

Bernard Jackson
7204 Riverdale Road
Lanham, Maryland 20706

Sheryl Luttrell
1504 C Flanders Lane
Harwood, Maryland 20776

Daniel Malloy
3342 Erie Street, S.E.
Washington, D.C. 20020

Brent Mills
10807 Sugar Maple Terrace
Upper Marlboro, Maryland 20774

Mary J. Rhone
3400 Geaton Drive
Upper Marlboro, Maryland 20774

Thomas Spavone
9160 Worthington Drive
Bristow, Virginia 20136

Patricia Sumlin
7406 Gambier Drive
Upper Marlboro, Maryland 20772

Chad Sutton
12304 Quintette Lane
Bowie, Maryland 20720

Richard R. Webb
10752 Green Mountain Drive
Columbia, Maryland 21044

Rita Wheeler
1402 Capital View Terrace
Landover, Maryland 20785

Reginald P. Wilson
3108 Sayan Court
Temple Hills, Maryland 20748:

_____
Nathaniel D. Johnson