# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON BLACKMON-MALLOY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 01-2221 EGS |
| | ) | |
| UNITED STATES CAPITOL POLICE BOARD, | ) | Hon. Emmet G. Sullivan |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Counsel's Renewed Motion for Leave to Withdraw and the accompanying Rule 83.6 Notice to Clients and Consent Form was served on Paul Proctor by certified mail and by first class mail, postage prepaid, on July 28, 2018, at the following two addresses provided by the Defendant:

> 34 Guinivere Court
> Baltimore, MD 21237
>
> 907 Charlyn Court
> Bel Air, MD 21014-4462

/s/ Lenore C. Garon
LENORE C. GARON