```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
_____
                                )
SHARON BLACKMON-MALLOY, et al., )
                                )
             Plaintiff,         )
                                )
     v.                         ) Civil Action No. 01-2221 (EGS)
                                )
UNITED STATES CAPITOL POLICE    )
BOARD,                          )
                                )
             Defendant.         )
_____)
```

## ORDER

On October 13, 2016, the Court issued a Memorandum Opinion, ECF No. 429, ruling on defendant's Motion to Dismiss for Lack of Jurisdiction, ECF No. 298 and the objections to Magistrate Judge Facciola's Reports and Recommendations on the Motion; and plaintiffs' Motion for Leave to File a Fifth Amended Complaint, ECF No. 396.

Due to various attorney-representation issues that arose and are described in the Memorandum Opinion, the Court **STAYED** the effectiveness of the ruling and **WITHHELD** issuance of any Final Order regarding the motions and objections until the various attorney-representation issues that were pending had been resolved. This Order is the Final Order associated with the Court's October 13, 2016 Memorandum Opinion.

On July 26, 2018, the Court granted the motion to withdraw by counsel who represented 24 plaintiffs. *See* Minute Order of

July 25, 2018. On August 3, 2018, the Court granted the renewed motion to withdraw by counsel who represented the remainder of the plaintiffs. *See* ECF No. 453. Plaintiff Derrick Macon represents himself *pro se* in this matter. Thereafter, the Court permitted plaintiffs a reasonable period of time to obtain new counsel. To date, counsel representing one plaintiff has entered his appearance, *see* EFC No. 454, and eight plaintiffs have informed the Court that they will be representing themselves *pro se*. At the February 19, 2019 status conference, the parties stated that they did not object to the Court issuing the Final Order giving effect to its October 13, 2016 Memorandum Opinion.

Accordingly, for the reasons set forth in the Memorandum Opinion issued October 13, 2016, it is hereby

**ORDERED** that plaintiffs' motion for leave to file a Fifth Amended Complaint is **DENIED**; and it is further

**ORDERED** that Magistrate Judge Facciola's Report and Recommendation, *see* ECF No. 376 is **ADOPTED IN PART AND REJECTED IN PART** and defendant's motion to dismiss is **GRANTED IN PART AND DENIED IN PART**. Appendix I to the Court's Memorandum Opinion contains a chart listing the disposition of each plaintiffs' claims and the reasons therefore. Appendix II lists the remaining 24 plaintiffs and their viable claims. Supplemental briefing from Frank Adams is due within 14 days of the issuance of this Order, *see* ECF No. 429 at 69; and it is further

**ORDERED** that Magistrate Judge Facciola's Supplemental Report and Recommendation as to Mr. Macon, *see* ECF No. 378 is **ADOPTED** and defendant's motion to dismiss Mr. Macon's claims is **GRANTED**; and it is further

**ORDERED** that only those plaintiffs listed in Appendix II will be allowed to proceed in this action, and they will be permitted to proceed only as to the claims listed in that chart; and it is further

**ORDERED** that all other claims are **DISMISSED WITH PREJUDICE** for failure to exhaust administrative remedies; and it is further

**ORDERED** that the parties shall submit a joint status report regarding further proceedings by no later than 30 days of the date of this Order.

The Clerk of Court is directed to mail a copy of the October 13, 2016 Memorandum Opinion and the Appendices thereto, and this Order, to each plaintiff at his or her last known address as provided by withdrawn counsel. *See* ECF Nos. 444, 448, and 449.

The Clerk of Court is further directed to enter the Court's Standing Order governing Civil Cases in this matter.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            July 30, 2019**