| | |
|---|---|
| Blackmon-Malloy, et al<br><br>Plaintiffs,<br><br>v.<br><br>United States Capitol Police Board<br><br>Defendant | Civil Case No: 1:01-cv-02221-EGS<br><br>Honorable Emmet G. Sullivan |

## PRO SE PLAINTIFFS' STATUS REPORT

Plaintiffs Sharon Blackmon-Malloy, Regina Bolden-Whitaker, Tyrone Brooks, Ave' Maria Harris, Regina Ikard, Danny L. McElroy, Luther S. Peterson Jr., Leonard Ross, Dale Veal, Reginald W. Waters, Frank W. Wilkes Jr., and Kendrick Young, by and through their own undersigned signatures as unrepresented pro se litigants, and pursuant to the Court's Order, dated July 30, 2019, (ECF No. 463) submit their status report.

**1. Pending Motions**

Plaintiffs are unclear as to what if any motions are pending.

**2. Whether any party intends to file motions.**

Plaintiffs do not intend to file motions at this time, however, will vigorously respond and or reply to any dispositive motions filed by Defendant.

**3. The possibility that this case will be settled.**

Plaintiffs are hopeful that this case, which is ongoing since 2001, will be settled in the interest of justice, fairness and the preservation of court resources and judicial economy.

1

**RECEIVED**
**AUG 27 2019**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Towards that aim, Plaintiffs request mediation, and for the Court to appoint Counsel to mediate a just result.

In support of this request, the Court held a status conference on February 19, 2019 and offered Plaintiffs a pathway forward to resolve their viable claims. The Court stated that it would grant pro se Plaintiffs a court appointed counsel during the mediation phase in an effort to negotiate their claims. This decision is in compliance with Local Civil Rule 83.11 (3), which states the following: "… the decision to appoint counsel is within the discretion of the judge, taking into account: the nature and complexity of action; the potential merit of the pro se party's claim; the potential merit of the claim; the demonstrated inability of the pro se party to retain counsel by other means; and the degree to which the interest of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the counsel."

Pro Se litigant, Plaintiff Blackmon-Malloy reached out in good faith via email to counsel for the Defendant, AUSA Jeremy Simon in an attempt to comply with the Court's July 30, 2019 order directing parties to submit a Joint Status Report. To date, AUSA Simon has not responded. Your Honor, it is hard to perceive how this process can advance in an equitable manner if AUSA Simon, counsel for Defendant, refuses to comply with a Court order and fails to communicate with Plaintiffs.

Notwithstanding, Plaintiffs complies with the Court's Order by filing, although not jointly, their separate status report.

A certificate of service accompanies this report.

Respectfully submitted,

Sharon Blackmon-Malloy
Pro Se Plaintiff
2525 36th Street S.E.
Washington, DC 20020


Regina Bolden-Whitaker
Pro Se Plaintiff
5812 Jackies Way
Clinton, MD 20735

Tyrone Brooks
Pro Se Plaintiff
10310 Arethusa Lane
Upper Marlboro, MD 20772

Ave' Maria Harris
Pro Se Plaintiff
5404 Stratford Lane
Temple Hills, MD 20748

Regina [Larry] Ikard
Pro Se Plaintiff
4629 Eastern Avenue
Mt. Rainier, MD 20712

Danny McElroy
Pro Se Plaintiff
7102 Meadow Rue Terrace
Upper Marlboro, MD 20772

Case 1:01-cv-02221-EGS   Document 477   Filed 08/27/19   Page 4 of 5

Luther S. Peterson, Jr.   *[signature: Luther S. Peterson]*
Pro Se Plaintiff
1359 E Street, S.E.
Washington, DC 20003

Leonard Ross   *[signature: Lnd O. R]*
Pro Se Plaintiff
9379 Principal Lane
Waldorf, MD  20603

Dale Veal   *[signature: Dale Veal]*
Pro Se Plaintiff
5013 Navahoe Street
College Park, MD 20740

Reginald Waters   *[signature: Reginald Waters]*
Pro Se Plaintiff
11409 Croom Road
Upper Marlboro, MD 20772

Frank W. Wilkes, Jr.   *[signature: Frank Wilkes Jr.]*
Pro Se Plaintiff
8907 Hardesty Drive
Clinton, MD  20735

4

## CERTIFICATE OF SERVICE

I, Pro Se Plaintiff Sharon Blackmon-Malloy, do hereby certify that on this 27th day of August 2019, the foregoing Plaintiffs' Status Report was served via U.S. Postal mail as follow:

Jeremy Simon
Wynne P. Kelly
Assistant U.S. Attorneys
555 4th Street NW
Washington, DC 20530

_____ Date August 27, 2019
Sharon Blackmon-Malloy
Pro Se Plaintiff