| | Plaintiff | Claims | Notes |
|---|---|---|---|
| 1 | **Adams, Frank** | | |
| | Civil Action No. 01-2221 | Ordered to change negative performance of officer in K-9 Unit and white officers in other units. See Fourth Am. Compl. ¶ 30 | |
| | | White management officials allowed, encouraged, and participated in white officer hostilities to try to force him to request assignment to another division and he was involuntarily transferred. See Fourth Am. Compl. ¶ 30 | |
| | | Subjected to frivolous internal affairs investigations; management refused to investigate his charges.  See Fourth Am. Compl. ¶ 31 | |
| | | Publication of inaccurate internal-affairs finding. See Fourth Am. Compl. ¶ 31. | |
| | | Hostile work environment created by racist words. See Fourth Am. Compl. ¶ 25, Ex. 1. | |
| | | Racist actions. See Fourth Am. Compl. ¶ 26, Ex. 2. | |
| | | Racist actions or practices.  See Fourth Am. Compl. ¶ 28, Ex. 3. | |
| | | More severely disciplined than white officers.  See Fourth Am. Compl. ¶ 68, Ex. 10. | |
| | | Retaliated against by being reprimanded,  subject of internal affairs investigation triggered by false accusations that resulted in corrective documentation being placed in his file, as a result of filing complaints of discrimination. See Fourth Am. Compl. ¶¶ 67, 73, Ex. 11. | |
| | | Racially hostile work environment. See Fourth Am. Compl. 30. | |
| | | Unfairly denied promotion after the 2000 lieutenant's examination.  See Fourth Am. Compl. ¶ 54, Ex. 8. | |
| | Civil Action No. 04-943 | Discrimination in selection to Johns Hopkins PELP program (August 28, 2003) | |
| | | Discrimination in selection for a management college (September 11, 2003) | |
| | | Discrimination in selection to the FBI Academy (October 27, 2003) | |
| | | Threat of transfer (November 3, 2003) | |
| | | Involuntary transfer (November 6, 2003) | |
| | | Hostile work environment-negative remarks of Commander Callaway | |
| | Civil Action No. 05-491 | Lt. with less seniority was promoted | |
| | | Denied Captain promotion | |
| | | Denied request to transfer | |
| | Civil Action No. 06-653 | Non-selection to Captain position | |
| 2 | **Blackmon-Malloy, Sharon** | . | |
| | Civil Action No. 01-2221 | Verbal and written complaints of discrimination caused unwarranted performance notes in her personnel jacket -- 5 CP-550s issued for a minor infraction that occurred on February 23, 2001.  As a result of disagreeing with the 5 CP-550s, she received a CP-534 command discipline report. See Fourth Am. Compl. ¶ 70 | |
| | | Retaliated against when a CP-550 performance note was entered in March 2001 for an incident that occurred in September 2000.  No action had been taken regarding this incident until she complained abou the 2000 promotion exam, and it was later dismissed. See Fourth Am. Compl. ¶¶ 70, 73, Ex. 11. | |
| | | Unfairly denied promotion after the 2000 lieutenant's examination. See Fourth Am. Compl. ¶ 54, Ex. 8.  Alleges her score was lowered. See Fourth Am. Compl.  ¶ 47. | |

| | | | |
|---|---|---|---|
| | Civil Action No. 04-0320 | Retaliation for non-promotion from the 2003 lieutenant promotion exam. | |
| | Civil Action No. 02-1859 | Retaliatory exposure to second-hand smoke. | |
| 3 | **Bolden-Whittaker, Regina** | | |
| | Civil Action No. 03-2644 | Retalition for refusing to sign a deputation form. | |
| 4 | **Brooks, Tyrone** | | |
| | 04-CA-320 | Retaliation | |
| 5 | **Brown-James, Sandra** | | |
| | Civil Action No. 04-320 | Disparate treatment based on race and retaliation in the administration of a portion of the 2003 Sergeants' examination.  ECF No. 379-1. | |
| 6 | **Fields, Arnold** | | |
| | Civil Action No. 02-1346 | Hostile work environment and retaliation | |
| | Civil Action No. 03-1505 | Hostile work environment and retaliation | |
| | Civil Action No. 03-2644 | Hostile work enviroment and retaliation | |
| 7 | **Goines, Gary D.** | | |
| | Civil Action No. 01-2221 | Unfairly denied promotion after the 2000 sergeant's examination.  See Fourth Am. Compl. ¶ 53, Ex. 7. | |
| | Civil Action No. 04-320 | Discrimination with respect to the Sergeant promotion process from 2002 - 2004. | |
| 8 | **Green, Tammie D.** | | |
| | Civil Action No. 04-320 | Retaliation stemming from the 2003 Sergeant's exam | |
| 9 | **Harris, Ave Maria** | | |
| | 03-CA-2644 | Retaliation and hostile work environment. | |
| 10 | **Ikard, Larry** | | |
| | Civil Action No. 01-2221 | Hostile work environment created by racist words. Non-promotion to K-9 Officer position and hostile work environment/discrimination when dog was adopted an named "Huk." See Fourth Am. Compl. ¶¶ 18-20, 25, Ex. 1. | |
| | | Retaliated against [by not being promoted to a K-9 Officer]. See Fourth Am. Compl. ¶ 73, Ex. 11. | |
| 11 | **Johnson, John N.** | | Withdrew from case effective 7/30/2019. |
| | Civil Action No. 01-2221 | Unfairly denied promotion after the 2000 sergeant's examination.  See Fourth Am. Compl. ¶ 53, Ex. 7. | |
| 12 | **Latson, Governor** | | |

|    |                         |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
|----|-------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------|
|    | Civil Action No. 01-2221 | Non promotion claim.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |                                         |
| 13 | **Matthews Sr., Kevin** |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
|    | Civil Action No. 01-2221 | Discipline received on February 13, 2001.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |                                         |
| 14 | **McElroy, Danny L.**   |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
|    | Civil Action No. 01-2221 | More severely disciplined than white officers.  See Fourth Am. Compl. ¶ 68, Ex. 10. (Improper discipline)                                                                                                                                                                                                                                                                                                                                                                                                                                        |                                         |
|    | Civil Action No. 04-320 | Non-promotion claim.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |                                         |
| 15 | **Mills, Brent A.**     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
|    | Civil Action No. 04-320 | Retaliatory non-promotion in 2003                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |                                         |
| 16 | **Peterson, Luther**    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
|    |                         | More severely disciplined than white officers.  See Fourth Am. Compl. ¶ 68, Ex. 10.  Received a CP-535 disciplinary action for improper use of his weapon for shooting at an intruder while off-duty in his home.  See Fourth Am. Compl.  ¶ 59.  Internal Affairs investigation resulted in him being disciplined for not having his weapon fully loaded, but he grieved the discipline and it was dismissed.  See Fourth Am. Compl. ¶ 60.  Received a CP-550 performance note for not responding to calls regarding the internal investigation even though he was respresented by a union representative.  See Fourth Am. Compl. at ¶ 61.  As a result of the CP-535, he was docked 64 hours.  See Fourth Am. Compl. at ¶ 61. |                                         |
| 17 | **Phelps, Duvall**      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
|    | Civil Action No. 03-2644 | Retaliation for for having filed discrimination lawsuits                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |                                         |
|    |                         | Hostile work environment as a result of acts of retaliation                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |                                         |
|    |                         | Discrimination when items were stolen from his car parked in a secure Capital Police location, including his police credentials                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
| 18 | **Riggs, Vernier**      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Withdrew from case effective 7/30/2019. |
|    | Civil Action No. 01-2221 | Retaliated against by being admonished for not wearing a blue, long-sleeved shirt to roll call after filing a request for counseling with the Office of Compliance on April 12, 2001. See Fourth Am. Compl. ¶¶, 71 73, Ex. 11.                                                                                                                                                                                                                                                                                                                     |                                         |
|    |                         | Lt. Michael Komara denied her leave requests while granting leave requests made by a white female officer.  See Fourth Am. Compl. ¶ 29                                                                                                                                                                                                                                                                                                                                                                                                            |                                         |
| 19 | **Ross, Leonard**       |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
|    | Civil Action No. 02-2481 | Retaliation for receiving discipline on June 27, 2002 and July 29, 2002 for discussing investigations when he was ordered not to do so.                                                                                                                                                                                                                                                                                                                                                                                                          |                                         |
| 20 | **Veal, Dale**          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
|    | Civil Action No. 01-2221 | Discrimination as a result of being denied overtime assignments.  See Fourth Am. Compl. ¶ 37.                                                                                                                                                                                                                                                                                                                                                                                                                                                    |                                         |
| 21 | **Waters, Reginald W.** |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                         |
|    | Civil Action No. 01-2221 | Hostile work environment created by racist words. See Fourth Am. Compl. ¶ 25, Ex. 1.                                                                                                                                                                                                                                                                                                                                                                                                                                                             |                                         |

| | | | |
|---|---|---|---|
| 22 | **Webb, Richard** | | |
| | Civil Action No. 01-2221 | Hostile work environment created by racist words. See Fourth Am. Compl. ¶ 25, Ex. 1. | |
| | | Denied a position with the K-9 Corp in favor of less qualified white applicant. Fourth Am. Compl. ¶ 21. Specific racist word used freely in the K-9 Unit listed. Fourth Am. Compl. ¶ 20. Requested Counseling on May 1, 2001 after not being included on the K-9 mini list. Fourth Am. Compl. ¶ 51. | |
| | Civil Action No. 04-320 | Non-promotion during the 2002-2004 promotion period. | |
| 23 | **Wilkes, Frank** | | |
| | Civil Action No. 04-320 | Non promotion | |
| 24 | **Young, Kendrick** | | |
| | Civil Action No. 04-320 | Discrimination in promotion and retaliation | |