UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 01-2221 (EGS) |
| UNITED STATES CAPITOL POLICE BOARD, | ) ) ) ) |
| Defendant. | ) ) ) |

### JOINT STATUS REPORT REGARDING FURTHER PROCEEDINGS

**Defendant United States Capitol Police Board's Position**

Defendant United States Capitol Police Board ("Defendant"), in response to the Court's minute order dated March 18, 2021, hereby provides the Court with its position on further proceedings in this matter. Undersigned counsel for the Defendant recently joined the Office of the United States Attorney and entered his appearance in this case on December 20, 2020. Undersigned counsel has spoken with pro se plaintiffs Frank Adams and Sharon Blackmon Malloy, and informed them of the government's intention to file a motion to dismiss.

This case involves the employment discrimination claims of 22 plaintiffs, 19 of whom are proceeding pro se and 3 are represented by counsel. The original complaint was filed on October 29, 2001. There were several amended complaints filed and the most recent complaint now at issue is the Fourth Amended Complaint, filed on May 10, 2010. (ECF no. 278).

Defendant's position as to further proceedings is as follows.

The last status report was filed by Defendant on August 29, 2019 (ECF No. 481). At that time, the Court's order dated July 30, 2019, constituted the final order that effectuated the

1

Memorandum Opinion issued in October 2016 which resolved, among other things, Defendant's motion to dismiss for lack of jurisdiction under Rule 12(b)(1) with respect to the Fourth Amended Complaint (ECF No. 298). *See* Memorandum Opinion (Oct. 13, 2016). That motion was filed in accordance with the Court's order, dated March 8, 2010, which directed Defendant to limit that motion to arguments based on Rule 12(b)(1) of the Federal Rules of Civil Procedure and, specifically, "focusing solely on the issue of whether [plaintiffs] have exhausted their administrative remedies under the standard set forth by the D.C. Circuit."

It was also noted in the August 29, 2019 status report that Defendant had not yet had the opportunity to address any defects in the Fourth Amended Complaint under Rule 12(b)(6) as regards to the claims remaining following the Court's July 30, 2019 order. It was reported to the Court that Defendant anticipates filing a motion under Rule 12(b)(6) in response to the remaining claims of the 22 plaintiffs in this case.[1]

However, two issues remained open with respect to the previously filed motion to dismiss under Rule 12(b)(1), and which needed to be resolved prior to the filing of a motion to dismiss under Rule 12(b)(6). First, with respect to Plaintiff Adams, the Court's October 2016 Memorandum Opinion states in relevant part:

> With regard to Lt. Adams' claims in the main case, except for Lt. Adams' claim for hostile work environment created by racist words, it is not clear which of Lt. Adams' claims in the Fourth Amended Complaint correlate to the claims that Magistrate Judge Facciola recommended survive in his 2007 Report and Recommendation. *Compare* ECF No. 278 *with* ECF No. 151-1 *and* ECF No. 376 at 17-18, App. B. **Consequently, by no later than 14 days after the Court issues**

---

[1] The Court's order dated July 30, 2019, states that "only those plaintiffs listed in Appendix II [of the Court's October 13, 2016 memorandum opinion] will be allowed to proceed in this action, and they will be permitted to proceed only as to the claims listed in that chart." Appendix II identifies 24 plaintiffs. However, by separate orders dated July 30, 2019, the Court ordered Mr. John Johnson and Mr. Vernier Riggs withdrawn as Plaintiffs based on motions filed by those individuals, which the Court construed as motions to withdraw from the case. Accordingly, only 22 plaintiffs remain in this action.

2

*the Final Order associated with this Memorandum Opinion, plaintiffs shall file a supplemental briefing regarding Lt. Adams' claims in the main case as set forth in Appendix I to this Memorandum Opinion and identify which claims in the Fourth Amended Complaint correlate to the claims listed in ECF No. 151-1. Following the response and the reply, the Court will determine which of Lt. Adams' claims in the main case may proceed. The Court will only consider argument on claims in the main case.*

Second, on August 21, 2019, Plaintiff Blackmon-Malloy filed a motion for reconsideration of the Court's dismissal under Rule 12(b)(1) of a non-promotion claim from the 2000 time period.

Those two outstanding issues pertaining to Defendant's previously filed motion to dismiss under Rule 12(b)(1) were recently resolved by this Court in its Memorandum Opinion and Order dated March 18, 2021.

Since these two outstanding issues have been resolved, it is requested that Defendant be afforded the opportunity to file a motion under Rule 12(b)(6) with respect to the claims of the plaintiffs that remain in this action. This Court, in its Minute Order dated March 18, 2021, denied, without prejudice, Plaintiff Frank Adams' Motion for Mediation. In issuing its denial, this Court referred to its Minute Order of September 9, 2019 wherein the "Court agrees that mediation would not be fruitful until the Court rules on the defendant's anticipated motion to dismiss pursuant to" 12(b)(6).

Given that undersigned counsel is new to this case, this matter is nearly twenty years old and involves the claims of 22 plaintiffs, and there are, at present, 497 docket entries, Defendant Unites States Capitol Police Board requests that it be given six months to prepare a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). That would make the due date October 4, 2021.

**Plaintiff's Arnold Fields, Dale Veal, and Reginald Waters' Position**

Plaintiff, Arnold Fields, Dale Veal, and Reginald Waters, pursuant to minute order dated March 18, 2021, hereby provides the Court with its position on further proceedings in this matter:

Plaintiff 's Fields, Veal, and Waters have no pending or anticipated motions.

Plaintiff 's Fields, Veal, and Waters agree with the Defendant that based on the record; the next procedural step would be for the Court to allow the Defendant to file a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

However, Plaintiff 's Fields, Veal, and Waters object to the Defendant's request for a six month extension to file said Motion. Plaintiff 's Fields, Veal, and Waters maintain that considering this case is nearly twenty years old, a six-month extension would be prejudicial to the Plaintiff's, and that a three-month extension would be more in-line with the interest of all parties in moving this case to its conclusion.

Plaintiff 's Fields, Veal, and Waters would also request the Court grant the Plaintiff's 45-days to respond to the Defendant's Motion to Dismiss.

| | |
|---|---|
| April 2, 2021 | Respectfully submitted. |
| | CHANNING D. PHILLIPS<br>D.C. Bar No. 415793<br>United States Attorney |
| | BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| | By: *Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2510<br>Thomas.duffey@usdoj.gov |
| | Counsel for Defendant |

Respectfully Submitted,

*A Marques Pitre, Esq.*
_____
A. Marques Pitre, Esq.
(DC Bar No. 503119)
PITRE & ASSOCIATES, LLC
Ronald Reagan Building &
International Trade Center
1300 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Main Tel. 202-204-3006
Direct Tel. 309-287-1914
Fax. 202-789-7349
Email:  ampitre@ampitreassociates.com

*Attorney for Plaintiff's Arnold Fields, Dale Veal, and Reginald Waters*

## **CERTIFICATE OF SERVICE**

The foregoing Joint Status Report was served this 2d day of April 2021 via the Court's ECF filing system on pro se Plaintiff Sharon Blackmon Malloy, and by first-class mail, postage prepaid on the following Plaintiffs who have entered appearances, *pro se*, in this action:

Frank Adams
5817 South Marwood Boulevard
Upper Marlboro, MD 20772

Regina Bolden-Whitaker, pro se
5812 Jackies Way
Clinton, MD 20735

Ave Marie Harris
5404 Stratford Lane
Temple Hills, MD 20748

Luther S. Peterson, Jr.
1359 E Street, SE
Washington, DC 20003

Danny L. McElroy
7102 Meadow Rue Terrace
Upper Marlboro, MD 20772

Leonard Ross
9379 Principal Lane
Waldorf, MD 20603

Regina Ikard
4629 Eastern Avenue
Mount Rainer, MD 20712

Frank W. Wilkes, Jr.
8907 Hardesty Drive
Clinton, MD 20735

Tyronne Brooks
10310 Arethusa Lane
Upper Marlboro, MD 20772

Richard Webb
10752 Green Mountain Cir.

Columbia, MD 21044

Tammie D. Greene
30 Regency Drive
Stafford, VA 22554

Governor Latson
10110 Kathleen Drive
Ft. Washington, MD 20744

Sandra Brown-James
38 15 Butler Springs Dr.
Loganville, GA 30052

Kevin Matthews, Sr.
2507 32nd Street SE
Washington, DC 20020

/s/ *Thomas W. Duffey*
Thomas W. Duffey