**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHARON BLACKMON-MALLOY ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:01-CV-02221(EGS) |
| v. ) | |
| ) | |
| UNITED STATES CAPITOL POLICE BOARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF ITS**
**MOTION TO DISMISS CERTAIN PLAINTIFFS**

On October 11, 2021, Defendant filed motions to dismiss the remaining Plaintiffs in this litigation. The following Plaintiffs have not filed oppositions to the Motions to Dismiss filed against them, identified by ECF number, despite being ordered by this Court to do so:  Luther S. Peterson (ECF No. 519); Danny L. McElroy (ECF No. 518); Leonard Ross (ECF No. 521); Tyrone Brooks (ECF No. 512); Richard Webb (ECF No. 522); Tammie Green (ECF No. 511); Governor Latson (ECF No. 510); Sandra Brown James (ECF No. 513); Kevin Matthews, Sr. (ECF No. 526); Brent Mills (ECF No. 507); Kendrick Young (ECF No. 508); Gary Goines (ECF No. 517); and Duval Phelps (ECF No. 523).

**I.     THE FOREGOING PLAINTIFFS HAVE CONCEDED DEFENDANT'S**
**MOTIONS TO DISMISS AND THEIR CLAIMS SHOULD BE DISMISSED**

The above Plaintiffs' claims must be dismissed because they all failed to respond to Defendant U.S. Capitol Police Board's ("Defendant") Motions to Dismiss against them.  In accordance with Local Civil Rule 7(b), a plaintiff's claims must be dismissed where he files no response to a Motion to Dismiss and otherwise fails to file any response within the prescribed time. *Washington v. United States*, 248 F. Supp. 3d 185, 185-86 (D.D.C. 2017) (citing LCvR 7(b)).

Additionally, "it is well settled that a plaintiff's failure to respond to a motion to dismiss permits a court to grant the motion as conceded." *Hoffman v. Dist. of Columbia*, 681 F. Supp. 2d 86, 94 (D.D.C. 2010) (citing *Fox v. Am. Airlines, Inc*., 389 F. 3d 1291, 1294-95 (D.C. Cir. 2004)).

Here, Plaintiffs' responses to Defendant's Motions to Dismiss were originally due to be filed on November 29, 2021. (Minute Order dated Aug. 21, 2021.) The Court granted an extension for Plaintiffs to oppose Defendant's Motions to Dismiss until December 29, 2021. (Minute Order dated Nov. 29, 2021.) To date, the foregoing Plaintiffs have filed no oppositions. Because Plaintiffs had ample time to respond to Defendant's Motions to Dismiss, and failed to do so, their claims must be dismissed.

## II.     FEDERAL RULE OF CIVIL PROCEDURE 41(b) ALSO WARRANTS DISMISSAL

The foregoing Plaintiffs have failed to prosecute their actions, have failed to comply with the court rules, and have failed to comply with this Court's order regarding the filing of oppositions to Defendant's Motions to Dismiss. Thus, this Court has an additional basis within which to dismiss their claims pursuant to Rule 41(b).

## CONCLUSION

For the foregoing reasons and those set forth in Defendant's Motions to Dismiss, Defendant respectfully requests that the Court grant its October 13, 2021 Motions to Dismiss the foregoing Plaintiffs.

Date: February 21, 2022

Respectfully submitted,

Matthew M. Graves, D.C. Bar #481052
United States Attorney

Brian P. Hudak
Acting Chief, Civil Division

By: /s/ *Thomas W. Duffey*

Thomas W. Duffey
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

Kelly M. Scindian #985787
Britney D. Berry
April M. Rancier
Aaron M. Wilensky
Office of General Counsel
Employment Law Division
United States Capitol Police
119 D Street NE
Washington, DC 20510
Telephone: (202) 593-3619
Facsimile: (202) 593-4477
Kelly.Scindian@uscp.gov
Britney.Berry@uscp.gov
April.Rancier@uscp.gov
Aaron.Wilensky@uscp.gov

*Counsel for the United States Capitol Police Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia, using the Court's CM/ECF system.  The CM/ECF system sent a "Notice of Electronic Filing" to pro se Plaintiffs Sharon Blackmon-Malloy and Frank Adams, and to Algernon Marques Pitre, counsel for Plaintiffs Arnold Fields, Dale Veal, Regina Ikard, and Reginald Waters.  The foregoing was served, via first-class mail, postage prepaid, on February 22, 2022, on the following Plaintiffs who have entered appearances pro se in this action:

Regina Bolden-Whitaker
5812 Jackies Way
Clinton, MD 20735

Ave Marie Harris
5404 Stratford Lane
Temple Hills, MD 20748

Luther S. Peterson, Jr.
1359 E Street, SE
Washington, DC 20003

Danny L. McElroy
7102 Meadow Rue Terrace
Upper Marlboro, MD 20772

Leonard Ross
9379 Principal Lane
Waldorf, MD 20603

Frank W. Wilkes, Jr.
8907 Hardesty Drive
Clinton, MD 20735

Tyronne Brooks
10310 Arethusa Lane
Upper Marlboro, MD 20772

Richard Webb
10752 Green Mountain Cir.
Columbia Md 21044

4

Tammie D. Green
30 Regency Drive
Stafford, VA 22554

Governor Latson
1116 Silver Oaks Court
Raleigh, NC 27614

Sandra Brown-James
|3815 Butler Springs Drive
Loganville, GA 30052

Kevin Matthews, Sr.
2507 32nd Street SE
Washington, DC 20020

Brent Mills
1087 Sugar Maple Terrace
Upper Marlboro, MD 20774

Kendrick Young
10114 Georgian Lane
Upper Marlboro, MD 20772

Gary Goines
438 Balboa Blvd.
Clermont, FL 34715

Duval Phelps
8920 Continental Place
Landover, MD 20785

/s/ *Thomas W. Duffey*