UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY, *et al.*,<br><br>                Plaintiffs,<br>  v.<br><br>UNITED STATES CAPITOL POLICE BOARD,<br><br>                Defendant. | Civil Action No. 1-2221 (EGS) |

**ORDER**

   This matter is before the Court on the United States Capitol Police Board Motion to Dismiss [Docket No. 521]. The Court hereby advises the *pro se* plaintiff **Leonard Ross** of his obligations under the Federal Rules of Civil Procedure and the local civil rules of this Court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

   The plaintiff is advised that the Court will rule on the defendant's motion taking into consideration the facts proffered in the complaint, along with the plaintiff's response or opposition to the motion. The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to by the person served], 3 days are added after the period would otherwise expire . . . .

Fed. R. Civ. P. 6(d). The Court may treat as conceded any motion or argument made within it that is not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion or argument made within it that is not opposed within the time limits below.

Accordingly, it is hereby

**ORDERED** that the plaintiff shall file a response to the pending motion to dismiss by no later than **April 28, 2023.** If plaintiff fails to timely respond, the Court may grant the motion as conceded and dismiss the complaint.

SO ORDERED.

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
April 6, 2023