UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON BLACKMON-MALLOY, ET AL.,

    Plaintiff,

v.

UNITED STATES CAPITOL
POLICE BOARD,

    Defendant

Case No. 01-2221 EGS
Hon. Emmet G. Sullivan

**CONSENT MOTION TO ENLARGE TIME TO FILE**
**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b)(l)(A), the undersigned Pro-se Plaintiffs respectfully move this Honorable Court to grant a thirty (30) day enlargement of time until May 28, 2023, in which to file its opposition to Defendant's Motion to Dismiss.

In support hereof, Plaintiffs state the following: (a) This is Plaintiffs' first motion for enlargement this year; (b) This motion is being filed in good faith and not for purposes of undue delay; (c) Defendant will not be prejudiced by an enlargement, and (d) An enlargement of time would enable Plaintiffs an opportunity to research and submit a thorough, accurate, and complete response to Defendant's Motion to Dismiss.

Pursuant to Local Civil Rule 7(m), Plaintiffs contacted Defendant's Counsel but did not receive a reply as to his consent or opposition to Plaintiff's motion to enlarge. Attorney Algernon Marques Pitre, Counsel for Plaintiffs Arnold Fields, Dale Veal, Reginald Waters and Regina

RECEIVED
4/14/2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Ikard, Personal Representative of the Estate of Larry Ikard (Plaintiff), consented. Pro se Plaintiffs Ave' Maria Harris, Regina Bolden-Whitaker, Sandra Brown-James, Leonard Ross, Frank Wilkes, Tyrone Brooks, Sharon Blackmon-Malloy, Frank Adams, Duvall Phelps, Brent Mills, and all named parties listed herein, also consented.  Plaintiffs' signatures submitted herein.

Therefore, Plaintiffs respectfully request that this motion be granted. A proposed Order accompanies this Motion.

Respectfully submitted,

DANNY L. MCELROY
7102 Meadow Rue Terrace
Upper Marlboro, MD 20772

GOVERNOR LATSON, JR
10110 Kathleen Drive
Fort Washington, MD 20744

KENDRICK A. YOUNG
10114 Georgian Lane
Upper Marlboro, MD 20772

TAMMIE D. GREEN
30 Regency Drive
Stafford, VA 22554

LUTHER S. PETERSON, JR.
1359 E Street S.E.
Washington, DC 20003

KEVIN MATTHEWS, SR.
2507 32nd Street, S.E.
Washington, DC 20020


TYRONE BROOKS
1310 Arethusa Lane
Upper Marlboro, MD 20772-4367

and

RICHARD WEBB
10752 Green Mountain Circle
Columbia, MD 21044

Pro Se Plaintiffs signature pages

*Luther S. Peterson*

*Govenor Later X*

*Richard R. Webb*

Kevin M. Matthews
*Kevin M. Matth[...]*
04-14-23

*Kendrick Yog[...]*

Tyrone D. Brooks
*Tyr[...] D. Brook[...]*
4-14-2023



and



**CERTIFICATE OF SERVICE**

The foregoing Pro Se Plaintiffs do hereby certify that on this 14th day of April 2023, Plaintiffs' Motion to Enlarge Time was served via email as follows:

Thomas W. Duffey
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, D.C. 20530
Thomas.Duffey@usdoj.gov

A Marques Pitre
1300 Pennsylvania Avenue NW, Suite 700
Washington, DC. 20004
Ampitre@ampitreassociates.com


SHARON BLACKMON-MALLOY
2525 36th Street S.E.
Washington, DC 20020
202-306-2242

4