**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHARON BLACKMON-MALLOY, et al. | |
| Plaintiff, | |
| v. | Case No. 01-2221 (EGS) |
| UNITED STATES CAPITOL POLICE BOARD, | Hon. Emmet G. Sullivan |
| Defendant. | |

**PLAINTIFF KEVIN M. MATTHEWS SR., OPPOSITION TO DEFENDANT'S MOTION**
**TO DISMISS PLAINTIFF MATTHEWS' CLAIMS**

In accordance with Rule 12 (b)(6) of the Federal Rules of Civil Procedure and Rule 7 of

the United States District Court for the District of Columbia Local Rules, Plaintiff Kevin

Matthews, Sr., by and through his own violation do hereby requests this Honorable Court to deny

Defendant's Motion to Dismiss Plaintiff's claims as stated in the Fourth Amended Complaint

filed in Blackmon-Malloy et. al v. United States Capitol Police Board, Civil Action No. 01:

2221. Plaintiff Matthews has stated plausible claims and submitted more than enough detailed

factual evidence in support upon which relief can be granted, if taken as true.

**RECEIVED**

5/22/2023



Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

KEVIN MATTHEWS, SR.
2507 32nd Street, S.E.
Washington, DC 20020

May 22, 2023

## **CERTIFICATE OF SERVICE**

I, Pro Se Plaintiff Kevin Matthews Sr., do hereby certify that on May 22, 2023,

the foregoing Memorandum in Opposition to Defendants Motion to Dismiss

Plaintiff Kevin Matthews Sr., claims, and proposed ORDER was electronically served on

the following:

Thomas W. Duffey
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, D.C. 20530
Thomas.Duffey@usdoj.gov

A. Marques Pitre
1300 Pennsylvania Avenue NW, Suite 700
Washington, DC. 20004
Ampitre@ampitreassociates.com

Additionally, the below listed unrepresented plaintiffs identified in this civil action will

be served via U.S. postal first-class mail.

FRANK ADAMS
5817 South Marwood Blvd.
Upper Marlboro, MD. 20772

AVE MARIE HARRIS
5404 Stratford Lane
Temple Hills, MD 20748

FRANK W. WILKES
8907 Hardesty Drive
Clinton, MD 20735

GOVERNOR LATSON, JR,
1116 Silver Oaks Court
Raleigh, NC 27614

KENDRICK A. YOUNG
10114 Georgian Lane
Upper Marlboro, MD 20772

REGINA BOLDEN-WHITAKER
5812 Jackies Way
Clinton, MD 20735

RICHARD WEBB
10752 Green Mountain Circle
Columbia, MD 21044

TAMMIE D. GREEN
30 Regency Drive
Stafford, VA 22554

TYRONE BROOKS
1310 Arethusa Lane
Upper Marlboro, MD 20772-4367

DANNY L. MCELROY
7102 Meadow Rue Terrace
Upper Marlboro, MD 20772

SHARON BLACKMON-MALLOY
2525 36th Street S.E.
Washington, DC 20020

LUTHER S. PETERSON, JR.
1359 E Street S.E.
Washington, DC 20003

Respectfully submitted,

*Kevin M. Matthews*

KEVIN MATTHEWS, SR.
2507 32nd Street, S.E.
Washington, DC 20020

May 22, 2023