UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES CAPITOL POLICE BOARD, <br><br>  Defendant. | Civil Action No. 01-2221 (EGS) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO OPPOSITIONS TO THE MOTIONS TO DISMISS

Defendant, the United States Capitol Police Board ("Defendant"), hereby respectfully moves for an extension, up to and including July 14, 2023, within which to file replies to the eight oppositions that have recently been filed in response to Defendant's motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). The present due date for Defendant's replies is June 29, 2023.

Recent oppositions to the motions to dismiss have been filed by Plaintiffs Luther Peterson and Danny L. McElroy, on May 10, 2023; Richard Webb on May 18, 2023; Kevin Matthews and Kendrick Young on May 22, 2023; and Tyrone Brooks, Tammie D. Greene, and Governor Latson on May 24, 2023.

This motion has been assented to by several of the remaining Plaintiffs, as discussed below.

**Defendant's Local Civil Rule 7(m) Statement**

Pursuant to the requirements of Local Civil Rule 7(m), Defendant has attempted to contact the eight Plaintiffs who have recently filed their oppositions to the motions to dismiss to seek their consent for the requested relief. This process is difficult as none of these eight Plaintiffs are represented by counsel and there are no emails on the docket.

Undersigned counsel spoke with Plaintiffs Danny McElroy, Richard Webb, and Kendrick Young this date and they kindly assented to the relief requested in this motion. Counsel telephoned this date what are believed to be numbers for Plaintiffs Kevin Matthews, Sr., Tammie Greene, and Governor Latson and left messages with respect to this motion and the relief requested. As of the filing of this motion, responses have not been received.

On this date, a telephone call was placed to Plaintiff Luther Peterson with respect to the motion and the relief requested, but there was no answer and a message could not be left. Calls were also made to two numbers listed for Plaintiff Tyrone Brooks, but they were out of service.

**PRESENT PROCEDURAL POSTURE REGARDING MOTIONS TO DISMISS**

On October 11, 2021, Defendant filed motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) against 21 Plaintiffs: Brent Mills (ECF No. 507), Kendrick Young (ECF No. 508), Frank Wilkes (ECF No. 509), Governor Latson (ECF No. 510), Tammie D. Green (ECF No. 511), Tyrone Brooks (ECF No. 512), Sandra Brown-James (ECF No. 513), Sharon Blackmon-Malloy (ECF No. 514), Frank Adams (ECF No. 515), Arnold Fields (ECF No. 516), Gary Goines (ECF No. 517), Danny L. McElroy (ECF No. 518), Luther Peterson (ECF No. 519), Regina Waters (ECF No. 520), Leonard Ross (ECF No. 521), Richard Webb (ECF No. 522), Duval Phelps (ECF No. 523), Ave Marie Harris (ECF No. 524), Regina Bolden-Whitaker (ECF No. 525), Kevin Mathews (ECF No. 526), and Regina Ikard (ECF No. 527).[1]

Pursuant to a Minute Order of this Court dated August 20, 2021, Plaintiffs' oppositions were to be filed by November 29, 2021. On November 21, 2021, several Plaintiffs moved for an extension of the due dates to file their oppositions. This was allowed by the Court and in a Minute

---

[1] The only remaining Plaintiff without a pending motion to dismiss is Dale Veal.

Order dated November 24, 2021, it was ordered that Plaintiffs file their oppositions by December 29, 2021.

On December 27, 2021 an opposition to the motion to dismiss was filed by Sharon Blackmon-Malloy (ECF No. 533). On December 29, 2021, oppositions to the motions to dismiss were filed by Reginald Waters (ECF No. 535), Arnold Fields (ECF No. 536), Regina Ikard (ECF No. 537), Ave Marie Harris (ECF No. 538), Frank Wilkes (ECF No. 539), and Regina Bolden-Whitaker (ECF No. 540). On January 13, 2022, Frank Adams filed an opposition to the motion to dismiss (ECF No. 541). None of the other remaining 13 Plaintiffs filed oppositions to the motions to dismiss.

On February 21, 2022, Defendant filed replies to all eight of the foregoing oppositions to the motions to dismiss (ECF Nos. 544-551).

On April 6, 2023, this Court entered orders directing the thirteen Plaintiffs who had not filed oppositions to the motions to dismiss as of February 21, 2022 to file responses by April 28, 2023.

On April 14, 2023, eight of the foregoing thirteen Plaintiffs filed a motion to extend the time to file their oppositions to the motions to dismiss: Tyrone Brooks, Tammie D. Green, Governor Latson, Kevin Matthews, Danny McElroy, Luther Peterson, Richard Webb, and Kendrick Young. This was allowed by the Court in a Minute Order dated April 18, 2023, and the foregoing eight Plaintiffs were ordered to file their oppositions by May 28, 2023. As stated above, the foregoing eight Plaintiffs filed their oppositions to the motions to dismiss in May.

**Reasons for the Requested Extension**

There are good reasons for the extension of the due date for the filing of Defendant's replies.

1. This matter is quite complex with a lengthy procedural history, and the recently filed oppositions involve the employment discrimination claims of eight individual plaintiffs, all of whom are proceeding pro se.

2. Counsel for defendant requests additional time to finalize the eight replies.

3 Undersigned counsel has been assigned a very demanding litigation caseload of over 100 cases, and also emergency matters. Nonetheless, counsel has been working very diligently to prepare and finalize the eight replies.

4. Given counsel's active litigation caseload, the extensive record in this case, and the need to reply to eight separate oppositions, it would be extremely difficult to finalize comprehensive replies for this Court's review by the present due date. Undersigned counsel therefore requests additional time in order to finalize thorough and legally accurate presentations to the Court with regard to the filed oppositions.

5. This request is made in good faith and not for the purposes of delay.

6. Counsel realizes that this Court requests that motions to extend be filed 3 days before the due date and that this is important for the Court's docket management. Counsel apologizes to the Court for not adhering to that requirement. Despite his best efforts, finalizing the eight separate replies for filing by the present due date is not possible.

Based on the foregoing, undersigned counsel requests additional time, up to July 14, 2023, to file Defendant's replies to the eight oppositions to the motions to dismiss filed in May. A proposed form of order is submitted herewith.

June 28, 2023                                         Respectfully submitted.

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia, using the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" to pro se Plaintiffs Sharon Blackmon-Malloy and Frank Adams, and to Algernon Marques Pitre, counsel for Plaintiffs Arnold Fields, Dale Veal, Regina Ikard, and Reginald Waters. The foregoing motion was served, via first-class mail, postage prepaid, on June 29, 2023, on the following Plaintiffs:

Regina Bolden-Whitaker
5812 Jackies Way
Clinton, MD 20735

Ave Marie Harris
5404 Stratford Lane
Temple Hills, MD 20748

Luther S. Peterson, Jr.
1359 E Street, SE
Washington, DC 20003

Danny L. McElroy
7102 Meadow Rue Terrace
Upper Marlboro, MD 20772

Frank W. Wilkes, Jr.
8907 Hardesty Drive
Clinton, MD 20735

Tyrone Brooks
10310 Arethusa Lane
Upper Marlboro, MD 20772

Richard Webb
10752 Green Mountain Cir.
Columbia Md 21044

Tammie D. Green
30 Regency Drive
Stafford, VA 22554

Governor Latson
1116 Silver Oaks Court

Raleigh, NC 27614

Kevin Matthews, Sr.
2507 32nd Street SE
Washington, DC 20020

Kendrick Young
10114 Georgian Lane
Upper Marlboro, MD 20772

/s/ *Thomas W. Duffey*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CAPITOL POLICE BOARD, <br><br> Defendant. | Civil Action No. 01-2221 (EGS) |

**[PROPOSED] ORDER**

This matter, having come before the Court on the Motion of Defendant for an extension of time within which to file its replies to the oppositions to the Motions to Dismiss, and the Court having considered the motion and any opposition thereto, it is hereby ORDERED,

That the motion is granted and Defendant shall file its replies to the eight oppositions to the motions to dismiss on or before July 14, 2023.

_____
EMMETT G. SULLIVAN
UNITED STATES DISTRICT JUDGE