
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHARON BLACKMON-MALLOY, ET AL.,

    Plaintiff,

v.

UNITED STATES CAPITOL POLICE BOARD,

    Defendant.

Case No. 01-2221 EGS

Hon. Emmet G. Sullivan

## PLAINTIFF TYRONE D. BROOKS' NOTICE TO THE COURT

Pro Se Plaintiff Tyrone Brooks hereby submits this reply to Minute Order entered on November 8, 2023, "directing defendant to file an opposition, if any to [505] Motion to Amend/Correct Regarding Tyrone D. Brooks and [506] Motion to Amend/Correct Regarding Governor Latson by no later than November 29, 2023. Mr. Brooks and Mr. Latson shall file their respective reply, if any, by no later than December 13, 2023."

Plaintiff Brooks filed (ECF # 505) on August 10, 2021, Motion to Correct Entry Regarding Appendix II to the Court's Memorandum Opinion and Order dated 3/18/2021 (ECF # 497-4 at 2). It took more than two years, before this Court sought to address this motion well beyond the legal required response/reply to the Court's Federal Rules of Civil Procedures



RECEIVED
DEC 11 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

timeline. The record will reflect that the Court and the defendant have treated this motion in a manner consistent with being granted. Plaintiff Brooks above referenced motion went unnoticed and without any opposition from the Defendant or any documented Court entry to deny Plaintiff Brooks' motion.

    Plaintiff Brooks respective position is to have the Court immediately correct the error in accordance with (ECF No. 505 referenced above). This Court must carefully consider all applicable prior motions, to include this plaintiff Opposition to Defendant Motion to Dismiss Plaintiff Brooks claims filed on 5/24/2023, *see* (ECF Nos. 576, 576-1, and 576-2), all responses, applicable laws, and the entire court record. The referenced motions in this reply must be granted without any further delay.

                                      Respectfully submitted,

                                      TYRONE BROOKS
                                      1310 Arethusa Lane
                                      Upper Marlboro, MD 20772-4367

                                      Plaintiff *Pro Se*

December 11, 2023

## **CERTIFICATE OF SERVICE**

I, Pro Se Plaintiff Tyrone Brook do hereby certify that on December 11, 2023, the foregoing Notice to the Court was electronically served on the following:

Thomas W. Duffey
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Thomas.Duffey@usdoj.gov

A. Marques Pitre
1300 Pennsylvania Avenue NW, Suite 700
Washington, DC. 20004
Ampitre@ampitreassociates.com

Additionally, the below listed unrepresented plaintiffs identified in this civil action will be served via U.S. postal first-class mail.

FRANK ADAMS
5817 South Marwood Blvd.
Upper Marlboro, MD. 20772

AVE MARIE HARRIS
5404 Stratford Lane
Temple Hills, MD 20748

FRANK W. WILKES
8907 Hardesty Drive
Clinton, MD 20735

KENDRICK A. YOUNG
10114 Georgian Lane
Upper Marlboro, MD 207

KEVIN MATTHEWS, SR.
2507 32nd Street, S.E.
Washington, DC 20020

REGINA BOLDEN-WHITAKER
5812 Jackies Way
Clinton, MD 20735

RICHARD WEBB
10752 Green Mountain Circle
Columbia, MD 21044

GOVERNOR LATSON, JR,
1116 Silver Oaks Court
Raleigh, NC 27614

TAMMIE D. GREEN
30 Regency Drive
Stafford, VA 22554

DANNY L. MCELROY
7102 Meadow Rue Terrace
Upper Marlboro, MD 20772

SHARON BLACKMON-MALLOY
2525 36th Street S.E.
Washington, DC 20020

LUTHER S. PETERSON, JR.
1359 E Street S.E.
Washington, DC 20003

                    Respectfully submitted,

                    TYRONE BROOKS
                    1310 Arethusa Lane
                    Upper Marlboro, MD 20772-4367

December 11, 2023