Appendix A

| | Plaintiff | Civil Action | Claim Type | Claim Details (as described in Appendix II, ECF No. 497-4) | Disposition | Notes |
|---|---|---|---|---|---|---|
| 1 | **Frank Adams** | 1-2221 (*Blackmon-Malloy* ) | Discrimination | More severely disciplined than white officers. See FAC ¶ 68, Ex. 10 | Not challenged by Defendant. | |
| | | | Discrimination | Unfairly denied promotion after the 2000 lieutenant's examination. See FAC ¶ 54, Ex. 8 | MTD Denied. | |
| | | | Retaliation | Retaliated against by being reprimanded, subject of internal affairs investigation triggered by false accusations that resulted in corrective documentation being placed in his file, as a result of filing complaints of discrimination. See FAC ¶¶ 67, 73, Ex. 11. | MTD Granted. | |
| | | | HWE | Ordered to change negative performance of officer in K-9 Unit and white officers in other units. See FAC ¶ 30; White management officials allowed, encouraged, and participated in white officer hositilities to try to force him to request assignment to another division and he was involuntarily transfered. See FAC ¶ 30; Subjected to frivolous internal affairs investigations, management refused to investigate his charges. See FAC ¶ 31; Hostile work environment created by racist words. See Fourth Am. Compl. ¶ 25, Ex. 1; Racist actions. See FAC ¶ 26, Ex. 2; Racist actions or practices. See FAC ¶ 28, Ex. 3; Racially hostile work environment. See FAC ¶ 30. | MTD Denied. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 4-943 (*Adams I* ) | Retaliation | Retaliation in selection to Johns Hopkins PELP program (August 28, 2003) | MTD Granted. | Described as "discrimination" in Appendix II, but interpreted as retaliation in opinion. |
| | | | Retaliation | Retaliation in selection for a management college (September 11, 2003) | MTD Granted. | Described as "discrimination" in Appendix II, but interpreted as retaliation in opinion. |
| | | | Retaliation | Retaliation in selection to the FBI Academy (October 27, 2003) | MTD Granted. | Described as "discrimination" in Appendix II, but interpreted as retaliation in opinion. |
| | | | Retaliation | Threat of transfer (November 3, 2003) | Not challenged by Defendant. | |
| | | | Retaliation | Involuntary transfer (November 6, 2003) | Not challenged by Defendant. | |
| | | | HWE | Hostile work environment--negative remarks of Commander Callaway | MTD Granted. | |
| | | 5-491 (*Adams II* ) | Retaliation | Lieutenant with less seniority was promoted | Not challenged by Defendant. | |
| | | | Retaliation | Denied Captain promotion | Not challenged by Defendant. | |
| | | | Retaliation | Denied request to transfer | MTD Granted. | |
| | | 6-653 (*Adams III* ) | Retaliation | Non-selection to Captain position | Not challenged by Defendant. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | **Sharon Blackmon-Malloy** | 1-2221 (*Blackmon-Malloy* ) | Retaliation | Verbal and written complaints of discrimination caused unwarranted performance notes in her personnel jacket--5 CP-550s issued for a minor infraction that occurred on February 23, 2001. As a result of disagreeing with the 5 CP-550s, she received a CP-534 command discipline report. See FAC ¶ 70 | MTD Granted. | |
| | | | Retaliation | Retaliated against when a CP-550 performance note was entered in March 2--1 for an incident that occurred in September 2000. No action had been taken regarding this incident until she complained about the 2000 promotion exam, and it was later dismissed. See FAC ¶¶ 70, 73, Ex. 11. | MTD Granted. | |
| | | | Discrimination/ Retaliation | Unfairly denied promotion after the 2000 lieutenant's examination. See FAC ¶ 54, Ex. 8; Alleges her score was lowered. See FAC ¶ 47. | Not challenged by Defendant. | |
| | | 4-320 (*Young* ) | Discrimination/ Retaliation | Retaliation for non-promotion from the 2003 lieutenant promotion exam. | MTD Granted. | Described only as "retaliation" in Appendix II, but confirmed to be a claim for both discrimination and retaliation. |
| | | 2-1859 (*Blackmon-Malloy II* ) | Retaliation | Retaliatory exposure to second-hand smoke. | MTD Denied. | |
| 3 | **Regina Bolden-Whitaker** | 3-2644 (*Bolden-Whitaker* ) | Retaliation | Retaliation for refusing to sign a deputation form. | MTD Granted. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | **Tyrone Brooks** | 4-320 (*Young* ) | Discrimination/ Retaliation | Discrimination and retaliation in the administration of 2003 Sergeant's Examination | MTD Granted. | Brooks filed Motion to Amend to clarify claims for retaliation and discrimination based on promotion process. (Appendix II previously erroneously identified claim only for "retaliation" without a description. See Appendix II, ECF No. 497-4 at 2.) |
| 5 | **Sandra Brown-James** | 4-320 (*Young* ) | Discrimination/ Retaliation | Disparate treatment based on race and retaliation in the administration of a portion of the 2003 Sergeants' examination. ECF No. 379-1. | Dismissed for failure to respond to motion. Minute Order (May 12, 2023). | |
| 6 | **Arnold Fields** | 2-1346 (*Fields I* ) | HWE/ Retaliation | Hostile work environment and retaliation | MTD Granted. | Parties also briefed claims as discrimination claims but no evidence of exhaustion of claims on that ground. |
| | | 3-1505 (*Fields II* ) | HWE | Hostile work environment | MTD Granted. | Officer Fields either abandoned or never asserted claims for discrete acts of retaliation, instead arguing that his hostile work environment was premised on a theory of retaliation in addition to discrimination. |

Appendix A

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 3-2644 (*Bolden-Whitaker* ) | HWE/ Retaliation | Hostile work environment and retaliation | MTD Granted. | |
| 7 | **Gary Goines** | 1-2221 (*Blackmon-Malloy* ) | Discrimination | Unfairly denied promotion after the 2000 sergeant's examination. See FAC ¶ 53, Ex. 7. | Dismissed for failure to respond to motion. Minute Order (May 12, 2023). | |
| | | 4-320 (*Young* ) | Discrimination | Discrimination with respect to the Sergeant promotion process from 2002-2004. | Dismissed for failure to respond to motion. Minute Order (May 12, 2023). | |
| 8 | **Tammie Green** | 4-320 (*Young* ) | Discrimination/ Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. | Appendix II described Officer Green's claim as only for retaliation, but upon further review and based on both parties' briefing, the Court also construes the claim as one for discrimination. |
| 9 | **Ave Maria Harris** | 3-2644 (*Bolden-Whitaker* ) | HWE/ Retaliation | Retaliation and hostile work environment | MTD Granted. | |
| 10 | **Larry Ikard** | 1-2221 (*Blackmon-Malloy* ) | Retaliation | Retaliated against [by not being promoted to a K-9 Officer.] See FAC¶ 73, Ex. 11. | Not challenged by Defendant. | |
| | | | Discrimination | Non-promotion to K-9 Officer position. See FAC ¶ ¶ 18-20, 25, Ex. 1. | MTD Denied. | |
| | | | HWE | Hostile work environment created by racist words and when dog was adopted and named "Huk." See FAC ¶ ¶ 18-20, 25, Ex. 1. | MTD Denied. | |

Appendix A

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | **John Johnson** | 1-2221 (*Blackmon-Malloy* ) | Discrimination | Unfairly denied promotion after the 2000 sergeant's examination. See FAC ¶ 53, Ex. 7. | Withdrew from case effective 7/30/2019. Minute Order (July 30, 2019). | |
| 12 | **Governor Latson** | 1-2221 (*Blackmon-Malloy* )/4-320 (*Young* ) | Discrimination/ Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. | Latson filed Motion to Amend to clarify claims from *Young* , not *Blackmon-Malloy* . Claim also interpreted to be for discrimination and retaliation in the 2003 Sergant's exam as opposed to "non promotion" as described in Appendix II. |
| 13 | **Kevin Matthews, Sr.** | 1-2221 (*Blackmon-Malloy* ) | Discrimination | Discipline received on February 13, 2001 | MTD Granted. | Matthews also argued a claim of retaliation and hostile work environment should be added, but the Court declines to add those claims. |
| 14 | **Danny McElroy** | 1-2221 (*Blackmon-Malloy* ) | Discrimination | More severely disciplined than white officers. See FAC ¶ 68, Ex. 10 (improper discipline) | MTD Granted. | McElroy also argued his claim should be construed as one for hostile work environment, but the Court declines to construe the claim as such. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 4-320 (*Young* ) | Discrimination/ Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. | Appendix II originally described this claim as "[n]on-promotion," but upon further investigation, the Court determines that the claim is actually about the promotion process. |
| 15 | **Brent Mills** | 4-320 (*Young* ) | Retaliation | Retaliatory non-promotion in 2003 | Dismissed for failure to respond to motion. Minute Order (May 12, 2023). | |
| 16 | **Luther Peterson** | 1-2221 (*Blackmon-Malloy* ) | Discrimination | More severely disciplined than white officers. See FAC ¶ 68, Ex. 10. Received a CP-535 disciplinary action for improper use of his weapon for shooting at an intruder while off-duty in his home. See FAC ¶ 59. Internal investigation resulted in him being disciplined for not having his weapon fully loaded, but he grieved the discipline and it was dismissed. See FAC ¶ 60. Received a CP-550 performance note for not responding to calls regarding the internal investigation even though he was represented by a union representative. See FAC ¶ 61. As a result of the CP-535, he was docked 64 hours. See FAC ¶ 61. | MTD Denied. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | **Duvall Phelps** | 3-2644 (*Bolden-Whitaker* ) | Retaliation | Retaliation for having filed discrimination lawsuits | Dismissed for failure to respond to motion. Minute Order (May 12, 2023). | |
| | | | HWE | Hostile work environment as a result of acts of retaliation | Dismissed for failure to respond to motion. Minute Order (May 12, 2023). | |
| | | | Discrimination | Discrimination when items were stolen from his car parked in a secure Capitol Police location, including his police credentials | Dismissed for failure to respond to motion. Minute Order (May 12, 2023). | |
| 18 | **Vernier Riggs** | 1-2221 (*Blackmon-Malloy* ) | Retaliation | Retaliated against by being admonished for not wearing a blue, long-sleeved shirt to roll call after filing a request for counseling with the Office of Compliance on April 12, 2001. See FAC ¶¶ 71, 73, Ex. 11. | Withdrew from case effective 7/30/2019. Minute Order (July 30, 2019). | |
| | | | Discrimination | Lt. Michael Komara denied her leave requests while granting leave requests made by a white female officer. See FAC ¶ 29. | Withdrew from case effective 7/30/2019. Minute Order (July 30, 2019). | |
| 19 | **Leonard Ross** | 2-2481 (*Ross v. U.S. Capitol Police Bd.* ) | Retaliation | Retaliation for receiving discipline on June 27, 2002 and July 29, 2002 for discussing investigation while he was ordered not to do so. | Dismissed for failure to respond to motion. Minute Order (May 12, 2023). | |
| 20 | **Dale Veal** | 1-2221 (*Blackmon-Malloy* ) | Discrimination | Discrimination as a result of being denied overtime assignments. See FAC ¶ 37. | Not challenged by Defendant. | |

Appendix A

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | **Reginald Waters** | 1-2221 (*Blackmon-Malloy* ) | HWE | Hostile work environment created by racist words. See FAC ¶ 25, Ex. 1. | Dismissed for lack of subject matter jurisdiction. | |
| 22 | **Richard Webb** | 1-2221 (*Blackmon-Malloy* ) | HWE | Hostile work environment created by racist words. See FAC ¶ 25, Ex. 1. | MTD Denied. | |
| | | | Discrimination | Denied a position with the K-9 Corp in favor of less qualified white applicant. FAC ¶ 21. Specific racist word used freely in the K-9 Unit listed. FAC ¶ 20. Requested Counseling on May 1, 2001 after not being included on the K-9 mini list. FAC ¶ 51. | Not challenged by Defendant. | |
| | | 4-320 (*Young* ) | Discrimination/ Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. | Appendix II originally described this claim as non-promotion, but upon further investigation, the Court determines that the claim is actually about the promotion process. |
| 23 | **Frank Wilkes** | 4-320 (*Young* ) | Discrimination/ Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. | Appendix II originally described this claim as non-promotion, but upon further investigation, the Court determines that the claim is actually about the promotion process. |
| 24 | **Kendrick Young** | 4-320 (*Young* ) | Discrimination/ Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. | |