Appendix B

| Plaintiff | Civil Action | Claim Type | Claim Details (as described in Appendix II, ECF No. 497-4) | Disposition |
|---|---|---|---|---|
| **Frank Adams** | 1-2221 (*Blackmon-Malloy*) | Discrimination | Unfairly denied promotion after the 2000 lieutenant's examination. See FAC ¶ 54, Ex. 8 | MTD Denied. |
| | | HWE | Ordered to change negative performance of officer in K-9 Unit and white officers in other units. See FAC ¶ 30; White management officials allowed, encouraged, and participated in white officer hositilities to try to force him to request assignment to another division and he was involuntarily transfered. See FAC ¶ 30; Subjected to frivolous internal affairs investigations, management refused to investigate his charges. See FAC ¶ 31; Hostile work environment created by racist words. See FAC ¶ 25, Ex. 1; Racist actions. See FAC ¶ 26, Ex. 2; Racist actions or practices. See FAC ¶ 28, Ex. 3; Racially hostile work environment. See FAC ¶ 30. | MTD Denied. |
| **Sharon Blackmon-Malloy** | 2-1859 (*Blackmon-Malloy II*) | Retaliation | Retaliatory exposure to second-hand smoke. | MTD Denied. |
| **Larry Ikard** | | Discrimination | Non-promotion to K-9 Officer position. See FAC ¶ ¶ 18-20, 25, Ex. 1. | MTD Denied. |
| | | HWE | Hostile work environment created by racist words and when dog was adopted and named "Huk." See FAC ¶ ¶ 18-20, 25, Ex. 1. | MTD Denied. |
| **Luther Peterson** | 1-2221 (*Blackmon-Malloy*) | Discrimination | More severely disciplined than white officers. See FAC ¶ 68, Ex. 10. Received a CP-535 disciplinary action for improper use of his weapon for shooting at an intruder while off-duty in his home. See FAC ¶ 59. Internal investigation resulted in him being disciplined for not having his weapon fully loaded, but he grieved the discipline and it was dismissed. See FAC ¶ 60. Received a CP-550 performance note for not responding to calls regarding the internal investigation even though he was represented by a union representative. See FAC ¶ 61. As a result of the CP-535, he was docked 64 hours. See FAC ¶ 61. | MTD Denied. |

| Richard Webb | 1-2221 (*Blackmon-Malloy*) | HWE | Hostile work environment created by racist words. See FAC ¶ 25, Ex. 1. | MTD Denied. |