| Plaintiff | Civil Action | Claim Type | Claim Details (as described in Appendix II, ECF No. 497-4) | Disposition |
|---|---|---|---|---|
| **Frank Adams** | 1-2221 (*Blackmon-Malloy*) | Retaliation | Retaliated against by being reprimanded, subject of internal affairs investigation triggered by false accusations that resulted in corrective documentation being placed in his file, as a result of filing complaints of discrimination. See FAC ¶¶ 67, 73, Ex. 11. | MTD Granted. |
| | 4-943 (*Adams I*) | Retaliation | Retaliation in selection to Johns Hopkins PELP program (August 28, 2003) | MTD Granted. |
| | | Retaliation | Retaliation in selection for a management college (September 11, 2003) | MTD Granted. |
| | | Retaliation | Retaliation in selection to the FBI Academy (October 27, 2003) | MTD Granted. |
| | | HWE | Hostile work environment--negative remarks of Commander Callaway | MTD Granted. |
| | 5-491 (*Adams II*) | Retaliation | Denied request to transfer | MTD Granted. |
| **Sharon Blackmon-Malloy** | 1-2221 (*Blackmon-Malloy*) | Retaliation | Verbal and written complaints of discrimination caused unwarranted performance notes in her personnel jacket--5 CP-550s issued for a minor infraction that occurred on February 23, 2001. As a result of disagreeing with the 5 CP-550s, she received a CP-534 command discipline report. See FAC ¶ 70 | MTD Granted. |
| | | Retaliation | Retaliated against when a CP-550 performance note was entered in March 2--1 for an incident that occurred in September 2000. No action had been taken regarding this incident until she complained about the 2000 promotion exam, and it was later dismissed. See FAC ¶¶ 70, 73, Ex. 11. | MTD Granted. |
| | 4-320 (*Young*) | Discrimination/Retaliation | Retaliation for non-promotion from the 2003 lieutenant promotion exam. | MTD Granted. |
| **Tyrone Brooks** | 4-320 (*Young*) | Discrimination/Retaliation | Discrimination and retaliation in the administration of 2003 Sergeant's Examination | MTD Granted. |
| **Arnold Fields** | 2-1346 (*Fields I*) | HWE/Retaliation | Hostile work environment and retaliation | MTD Granted. |

| | | | | |
|---|---|---|---|---|
| | 3-1505 (*Fields II*) | HWE | Hostile work environment | MTD Granted. |
| | 3-2644 (*Bolden-Whitaker*) | HWE/Retaliation | Hostile work environment and retaliation | MTD Granted. |
| **Tammie Green** | 4-320 (*Young*) | Discrimination/Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. |
| **Ave Maria Harris** | 3-2644 (*Bolden-Whitaker*) | HWE/Retaliation | Retaliation and hostile work environment | MTD Granted. |
| **Governor Latson** | 1-2221 (*Blackmon-Malloy*)/4-320 (*Young*) | Discrimination/Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. |
| **Kevin Matthews, Sr.** | 1-2221 (*Blackmon-Malloy*) | Discrimination | Discipline received on February 13, 2001 | MTD Granted. |
| **Danny McElroy** | 1-2221 (*Blackmon-Malloy*) | Discrimination | More severely disciplined than white officers. See FAC ¶ 68, Ex. 10 (improper discipline) | MTD Granted. |
| | 4-320 (*Young*) | Discrimination/Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. |
| **Reginald Waters** | 1-2221 (*Blackmon-Malloy*) | HWE | Hostile work environment created by racist words. See FAC ¶ 25, Ex. 1. | Dismissed for lack of subject matter jurisdiction. |
| **Richard Webb** | 4-320 (*Young*) | Discrimination/Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. |
| **Frank Wilkes** | 4-320 (*Young*) | Discrimination/Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. |
| **Kendrick Young** | 4-320 (*Young*) | Discrimination/Retaliation | Discrimination and retaliation stemming from the 2003 Sergeant's exam | MTD Granted. |