UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARON BLACKMON-MALLOY, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CAPITOL POLICE ) <br> BOARD, ) <br> ) <br> Defendant. ) | Civil Action No. 01-2221 (EGS) |

## JOINT STATUS REPORT

Pursuant to the September 26, 2024 order of the Court (ECF No. 591), Defendant United States Capitol Police Board ("Defendant"), and the Plaintiffs that have been allowed to proceed in this action following the Court's Memorandum Opinion and Order on Defendant's motions to dismiss (ECF No. 590, and Appendix D thereto, ECF No. 590-4) – Frank Adams, Sharon Blackmon-Malloy, Larry Ikard (by Regina Ikard), Luther Peterson, Dale Veal, and Richard Webb[1] - have conferred.

The parties respectfully request that the Court refer the remaining claims in Appendix D to a Magistrate Judge for mediation purposes.

Dated: October 25, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       /s/ Thomas W. Duffey
       THOMAS W. DUFFEY

---

[1] All of the foregoing Plaintiffs, except for Dale Veal, are proceeding pro se.

Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the U.S. Capitol Police Board*

_____
Frank Adams[2]
5817 South Marwood Blvd.
Upper Marlboro, MD 20772
(301) 339-3389
Frankyj20772@gmail.com


*/s/ Sharon Blackmon-Malloy*
Sharon Blackmon-Malloy
2525 36th Street S.E.
Washington, D.C. 20020
(202) 306-2242
francsharon@aol.com

*/s/ Regina Ikard*
Regina Ikard
4629 Eastern Avenue
Mount Rainier, MD 20712
(301) 699-8748
Rfi7@aol.com


/*s/ Luther S. Peterson, Jr*
Luther S. Peterson, Jr.
1359 E Street, SE
Washington, DC 20003
(202) 546-4167

---

[2] Counsel filing this joint status report has not yet heard back from Mr. Adams as to the content of this Joint Status Report as of its filing. However, in a telephone conference on October 21, 2024 with Mr. Adams, he indicated his assent to the referral of his claim to mediation before a Magistrate Judge.

2

/s/ Richard Webb
Richard Webb
10752 Green Mountain Cir.
Columbia Md 21044
(301) 596-5713
krrwebb@verizon.net


/s/ A. Marques Pitre
A. Marques Pitre, Esq. (DC Bar No. 503119)
PITRE & ASSOCIATES, LLC
Ronald Reagan Building
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
202-204-3006
Ampitre@ampitreassociates.com

*Attorney for Dale Veal*