UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CAPITOL POLICE ) <br> BOARD, ) <br> ) <br> Defendant. ) | Civil Action No. 01-2221 (EGS) |

**JOINT NOTICE TO THE COURT**

Pursuant to the February 10, 2025 Minute Order of the Court, Defendant United States Capitol Police Board ("Defendant"), and the remaining Plaintiffs, Frank Adams, Sharon Blackmon-Malloy, Larry Ikard (by Regina Ikard), Luther Peterson, Dale Veal, and Richard Webb, by and through undersigned counsel, respectfully request that the Court refer the remaining claims to a Magistrate Judge for mediation purposes.

Dated: February 18, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Thomas W. Duffey_____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the U.S. Capitol Police Board*

/s/ Lawrence Berger
LAWRENCE BERGER, ESQ.
GEORGIA DEPLAS, ESQ.
Mahon & Berger, Esqs.
70 Glen Street, Suite 395
Glen Cove, New York 11542
Office:(516) 671-2688

*Attorneys for Plaintiffs*
*Sharon Blackmon-Malloy, Frank Adams, Regina Ikard, Luther Peterson and Richard Webb.*

/s/ A. Marques Pitre
A. MARQUES PITRE, ESQ. (DC Bar No. 503119)
PITRE & ASSOCIATES, LLC
Ronald Reagan Building
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
202-204-3006
Ampitre@ampitreassociates.com

*Attorney for Plaintiff Dale Veal*

2